UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW LEAF RECOVERY SERVICES, P.C., individually and on behalf of the class defined herein,<br><br>        Plaintiff,<br>v.<br><br>EHT PHARMACY, LLC, and SPECIALTY CARE RX LIMITED LIABILITY COMPANY, both doing business as CUREXA, and JOHN DOES 1-10,<br>        Defendants. | Case No.:  2:17-cv-00110-LPL<br><br>Class Action |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL A. EDELMAN

Daniel A. Edelman, undersigned counsel for Plaintiff New Leaf Recovery Services, P.C., hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Daniel A. Edelman filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

/s/ *Daniel A. Edelman*
Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 23, 2017, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Daniel A. Edelman*
Daniel A. Edelman