**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NEW LEAF RECOVERY SERVICES, P.C., individually and on behalf of the class defined herein, | : CIVIL DIVISION<br>:<br>: Case No. 2:17-cv-00110-LPL<br>: |
| Plaintiff, | :<br>: *Electronically Filed* |
| v. | :<br>: |
| EHT PHARMACY, LLC, and SPECIALTY CARE RX LIMITED LIABILITY COMPANY, both doing business as CUREXA, and JOHN DOES 1-10, | :<br>:<br>:<br>:<br>: |
| Defendants. | : |

## MOTION FOR ADMISSION *PRO HAC VICE* OF THEODORE F. MONROE

Theodore F. Monroe, undersigned counsel for Defendants, EHT Pharmacy, LLC and Specialty Care RX Limited Liability Company, hereby moves that Theodore F. Monroe be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants EHT Pharmacy, LLC and Specialty Care RX Limited Liability Company, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, the undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Theodore F. Monroe filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                                  Respectfully submitted,
                                                  LAW OFFICES OF THEODORE F. MONROE

Date:   March 27, 2017              /s/ Theodore F. Monroe
                                                  Theodore F. Monroe, Esq.
                                                  CABN 150317
                                                 monroe@tfmlaw.com
                                                 The Law Offices of Theodore F. Monroe
                                                 800 West 6th St., Suite 500
                                                 Los Angeles, CA  90017
                                                 (213) 233-2272 Office
                                                 (213) 233-2273 Direct
                                                 (213) 622-1444 Fax

                                                 *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27 day of March, 2017, I electronically filed the foregoing **Motion for Admission *Pro Hac Vice* of Theodore F. Monroe** with the Clerk of the Court using the CM/ECF system which sent electronic notification to the following:

Clayton S. Morrow, Esq.
csm@ConsumerLaw365.com
MORROW & ARTIM, P.C.
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
*Counsel for Plaintiff*

Dulijaza Clark
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark St.
Suite 1500
Chicago, IL 60603
312-739-4200
312-419-0379 (fax)
jclark@edcombs.com
*Counsel for Plaintiff*

Daniel A. Edelman
Edelman, Combs & Latturner
120 South LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com
*Counsel for Plaintiff*

/s/ Theodore F. Monroe
Theodore F. Monroe