IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW LEAF RECOVERY SERVICES, P.C., individually and on behalf of the class defined herein,<br>   Plaintiff,<br><br>v.<br><br>EHT PHARMACY, LLC, and SPECIALTY CARE RX LIMITED LIABILITY COMPANY, both doing business as CUREXA, and JOHN DOES 1-10,<br>   Defendants. | )<br>)<br>)   Case No.: 2:17-cv-00110-MRH-LPL<br>)<br>)<br>)<br>)<br>)<br>)   Class Action<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Dated: June 22, 2017
Respectfully submitted,

**NEW LEAF RECOVERY SERVICES, P.C.**

*/s/ Clayton S. Morrow*
Clayton S. Morrow, Esq.
Email: csm@consumerlaw365.com
Morrow & Artim, PC 304 Ross Street
 7th Floor
Pittsburgh, PA 15219
Telephone: (412) 209-0656
*Attorneys for Plaintiff*

**EHT PHARMACY, LLC, and SPECIALTY CARE RX LIMITED LIABILITY COMPANY, both doing business as CUREXA,**

*/s/ Theodore F. Monroe*
Theodore F. Monroe, Esq.
CABN 150317
The Law Offices of Theodore F. Monroe
800 West 6th St., Suite 500
Los Angeles, CA 90017
(213) 233-2272 Office
*Attorneys for Defendants*

AND NOW, this 23rd day of June, 2017, the above stipulation is approved.

                                  _____
                                  Judge Mark R. Hornak